UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBEN M. MITCHELL,<br><br>Petitioner. | Case No. 20-01568 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL; OF DISMISSAL**<br><br>(Docket No. 8) |

On March 3, 2020, Petitioner, a state prisoner proceeding *pro se*, filed documents which were construed as an attempt to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. Nos. 1, 2. The matter was reassigned to this Court on April 16, 2020, after Petitioner did not file consent to magistrate judge jurisdiction. Dkt. Nos. 5, 7. On May 4, 2020, Petitioner filed a request for voluntary dismissal of this action, stating that the matter was erroneously filed in this court and that the proper venue was the state superior court where he was sentenced. Dkt. No. 8. Good cause appearing, Petitioner's request to voluntarily dismiss this action without prejudice is GRANTED.

///

///

///

# CONCLUSION

For the foregoing reasons, Petitioner's request for voluntary dismissal is **GRANTED**. The petition is **DISMISSED** without prejudice.

This order terminates Docket No. 8.

**IT IS SO ORDERED**.

Dated: May 6, 2020

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Req. for Vol. Dism
P:\PRO-SE\BLF\HC.20\01568Mitchell_vol.dism.docx