UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBEN M. MITCHELL,<br><br>Petitioner. | Case No. 20-01568 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: May 6, 2020

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.20\01568Mitchell_judgment.docx